UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIVIEN LEA C. AGUILAR,<br><br>                Plaintiff,<br><br>        vs.<br><br>SILVER STATE FINANCIAL SERVICES et al.,<br><br>                Defendants. | 2:15-cv-00014-RCJ-NJK<br><br>**ORDER** |

Plaintiff sued Defendants *in pro se* in this Court based on alleged irregularities in her mortgage. It is not clear whether there has yet been any foreclosure. Defendant Quality Loan Services Corp. has moved to dismiss for failure to state a claim. Plaintiff has not timely responded. The Court grants the motion. *See* Local R. 7-2(d).

### CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 5) is GRANTED.

IT IS SO ORDERED.

Dated this 18th day of February, 2015.

_____
ROBERT C. JONES
United States District Judge